1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9
10 LSREF2 APEX 2, LLC,
11      Plaintiff,                   Case No. 2:12-cv-01147-LDG (CWH)
12 v.                              **ORDER**
13 MICHAEL CICHON, *et al.*,
14      Defendants.
15
16      For good cause shown,

17      THE COURT **ORDERS** that Defendants' Demand for Security of Costs (#7), which

18 Plaintiff does not oppose (#8), is GRANTED; Plaintiff shall comply with Nev. Rev. Stat.

19 18.130(1) by filing an undertaking or depositing a security in the amount of $500 with the

20 Clerk of the Court.

21      THE COURT FURTHER **ORDERS** that Defendants' Motion to Dismiss (#10) is

22 DENIED as moot.

23    DATED this ____ day of September, 2012.

24        39

25                                 Lloyd D. George
                                United States District Judge

26