UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LSREF2 APEX 2 LLC | ) |
| Plaintiff, | ) 2:12-cv-1147 LDG-CWH |
| vs. | ) MINUTES OF THE COURT |
| MICHAEL CICHON, et al | ) DATED April 11, 2016 |
| Defendants. | ) |

PRESENT
THE HONORABLE LLOYD D. GEORGE, UNITED STATES JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>     RECORDER:     <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF (S) :     <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT (S) :     <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

The Order on Mandate (#36) was entered in this case on December 17, 2015. Good cause appearing,

IT IS ORDERED that the Cash Deposit by Plaintiff, LSREF2 Apex 2 LLC, (#12), posted in the amount of $500.00, receipt #3983 filed September 18, 2012, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____[signature]_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

DATED:     12 April 2016